Law Offices of Richard J. Fuschino
1600 Locust Street
Philadelphia, PA 19103
215-515-8600
Fax: 215-515-8666
Attorney ID NO. 2060994

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | 22-cr-00142 |
| LAYE SEKOU CAMARA | : | |

MOTION FOR CONTINUANCE

TO THE HONORABLE CHAD F. KENNY, JUDGE OF THE UNITED STATES COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

AND NOW COMES THE DEFENDANT, BY AND THROUGH HIS ATTORNEY RICHARD J. FUSCHINO, ESQUIRE, who hereby avers the following facts and requests the following relief:

1. A hearing in this matter is currently scheduled before this Court on May 8, 2023

2. Counsel is requesting a continuance in this matter as a Superseding Indictment was issued on January 25, 2023.

3. Counsel in this matter needs additional time for further investigation

4. Counsel for the defendant has spoken to AUSA, LC Wright and the government has no objection to this request.

Your Petitioner, Richard J. Fuschino, Esquire, in the interest of justice, requests the Court to postpone the hearing.

Respectfully submitted,

 / S/ Richard J. Fuschino
Richard J. Fuschino, Esquire