IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

:          CRIMINAL ACTION

v.                   :

:          No. 22-cr-142

LAYE SEKOU CAMARA

Defendant on bail:
84 Fox Hollow Drive
Mays Landing, NJ 08330

## NOTICE OF HEARING

Take notice that the **status conference** scheduled for May 14, 2024 is hereby cancelled and shall be **rescheduled** for **May 23, 2024** at **10:30 AM** before the **Honorable Chad F. Kenney** in **courtroom 11-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

**Court Summons:** This notice serves as a summons to appear in court.  If the defendant fails to appear as directed, then the presiding judge may issue a bench warrant.

By:        Christopher Kurek, Deputy Clerk       Date of Notice: 5/15/2024

Cc:        Defendant
           Defense Counsel – Pantellis Palividas, Esq. | Richard Fuschino, Esq.
           Assistant U.S. Attorney – L.C. Wright, Esq. | Kelly Harrell, Esq.
           U.S. Marshal
           Court Security
           Probation Office
           Pretrial Services
           Interpreter Coordinator