IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 22-cr-142 |
| LAYE SEKOU CAMARA | | |

**ORDER**

AND NOW, this 16th day of December 2024, it is hereby **ORDERED** that the **status conference** previously scheduled for December 17, 2024 is hereby cancelled and shall be **rescheduled** for **December 18, 2024** at **11:00 AM** in **courtroom 11-B** before the **Hon. Chad F. Kenney**. The Court will cancel this conference should the United States file their motion pursuant to the Classified Information Procedures act, which shall be filed by the close of business on today's date.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Chad F. Kenney

_____
CHAD F. KENNEY, J.

Cc:        Counsel