# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 22-cr-142 |
| LAYE SEKOU CAMARA<br>    a/k/a "K1"<br>    a/k/a "Dragon Master" | :<br><br>: | FILED *EX PARTE, IN CAMERA* AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE |

## THE GOVERNMENT'S MOTION AND MEMORANDUM OF LAW FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(D)(1)

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney


*/s/ Kelly Harrell*
LINWOOD C. WRIGHT, JR.
KELLY HARRELL
Assistant United States Attorneys


CHELSEA SCHINNOUR
Trial Attorney
United States Department of Justice
Human Rights and Special Prosecutions Section