IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  
                                                      :    CRIMINAL ACTION  
    v.                                        :      
                                                       :    No. 22-cr-142  
LAYE SEKOU CAMARA

## **ORDER**

AND NOW, this 2nd day of January 2025, upon consideration of the Government's Motion and Memorandum of Law for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(D)(1) (Doc. 94), which was filed *ex parte*, *in camera* and under seal with the classified information security officer or designee, it is hereby **ORDERED** that the motion (Doc. 94) is **GRANTED**.

**IT IS SO ORDERED.**

                                                      BY THE COURT:

                                                      /s/ Chad F. Kenney  
                                                      _____  
                                                      CHAD F. KENNEY, J.