IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 22-cr-142 |
| LAYE SEKOU CAMARA | | |

## **ORDER**

AND NOW, this 9th day of January 2025, it is hereby **ORDERED** that the Office of the Clerk of Court shall list the above-captioned case for a jury trial in the Electronic Case Filing system for each business day from **January 16, 2025** through **January 17, 2025**, and from **January 21, 2025** through **February 7, 2025**, to commence at **8:30 AM** each day in **courtroom 11-B** before the **Hon. Chad F. Kenney**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.