IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                 v.

LAYE SEKOU CAMARA

:           CRIMINAL ACTION

:

:           No. 22-cr-142

## **ORDER**

AND NOW, this 16th day of January 2025, it is hereby **ORDERED** that the government's sentencing memorandum, the defendant's sentencing memorandum, motions, and exhibits shall be submitted to the Court at least seven (7) days prior to the sentencing hearing.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.

Cc:       Counsel