IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                :      CRIMINAL ACTION
      v.                                                  :
                                             :      No. 22-cr-142
LAYE SEKOU CAMARA

## **ORDER**

AND NOW, this 21st day of March 2025, upon consideration of the defendant's motion to continue the sentencing (Doc. 118), it is hereby **ORDERED** that the motion is **GRANTED**. The Office of the Clerk of Court shall **cancel** the **sentencing** on May 19, 2025 and May 29, 2025. A new notice of hearing shall follow.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.